UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RODRIGUES PRUITT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:11-cv-0627 |
| ) | Judge Campbell |
| JERRY LESTER, Warden, and ) | |
| ATTORNEY GENERAL OF THE ) | |
| STATE OF TENNESSEE, ) | |
| ) | |
| Respondents. ) | |

## O R D E R

The petitioner brings this pro se action seeking federal habeas corpus relief under 28 U.S.C. § 2254. Presently pending before the court is a motion for appointment of counsel by the petitioner (Docket No. 2) and a motion to dismiss the § 2254 petition as untimely by the respondents (Docket No. 22).

As provided in the memorandum entered contemporaneously herewith, the petitioner's motion for appointment of counsel (Docket No. 2) is **DENIED**. Further, the petition for writ of habeas corpus relief is **DENIED**, and this action is **DISMISSED** with prejudice. Rule 8, Rules – Section 2254 Cases.

Should the petitioner file a timely notice of appeal from this order, such notice shall be docketed as both a notice of appeal and an application for a certificate of appealability, 28 U.S.C. § 2253(c); Rule 22(b), Fed. R. App. P.; *see Slack v. McDaniel*, 529 U.S. 473, 483 (2000), which will **NOT** issue, *Castro v. United States of America*, 310 F.3d 900, 901 (6th Cir. 2002)(citing *Lyons v. Ohio Adult Parole Auth.*, 105 F.3d 1063, 1072 (6th Cir. 1997) and *Murphy v. Ohio*, 263 F.3d 466, 467 (6th Cir. 2001)).

Entry of this order shall constitute the judgment in this action.

Todd J. Campbell
United States District Judge